**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 08-20189-CIV-HUCK**

FILED by JL D.C.
INTAKE
MAR 0 6 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

DANIEL JOSEPH TOUZIER,

Plaintiff,

vs.

PETER D. KEISLER, Acting Attorney General of the United States;

MICHAEL CHERTOFF, Secretary, Department of Homeland Security,

EMILIO GONZALEZ, Director of the U.S. Citizenship and Immigration Services,

Defendants.

_______________________________________/

## PLAINTIFF'S STATUS REPORT

Plaintiff, Daniel Joseph Touizer, through undersigned counsel submits the following as the status report of Plaintiff's N-400, Application for Naturalization:

1. On July 14, 2003, Plaintiff filed his N-400, Application for Naturalization.
2. On October 4, 2004, Plaintiff was interviewed by an Immigration Officer and successfully passed the English language and history and government tests.
3. On February 22, 2008, this Honorable Court entered an order remanding the case back to the U.S. Citizenship and Immigration Services to render a decision on the application within 120 days.
4. To date, Plaintiff has not received any notice from U.S. Citizenship and Immigration Services either denying his N-400, Application for Naturalization or approving it.

Plaintiff through undersigned counsel confirms that the above is the current status of Plaintiff's N-400, Application for Naturalization filed in 2003.

Respectfully Submitted,

By: ______________________

Eran Ben Ezra, Esq.
561 NE 79th Street, Suite 205
Miami, FL 33138
Phone: (305) 751-5777
Fax: (305) 754-1005
Email: eranbenezra@yahoo.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of this forgoing document has been mailed First Class U.S. Mail to the Defendants' Counsel, Milton Aponte, AUSA, United States Attorney's Office, Miami, Florida 33132, on this 3rd day of March 2008.

Respectfully Submitted,

By: ______________________

Eran Ben Ezra, Esq.
561 NE 79th Street, Suite 205
Miami, FL 33138
Phone: (305) 751-5777
Fax: (305) 754-1005
Email: eranbenezra@yahoo.com
Attorney for Plaintiff